# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| United States, | ) | |
| --- | --- | --- |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Case No: 17 CR 50044 |
| Kelvin Culps, | ) ) | |
| *Defendant*. | ) | Judge Frederick J. Kapala |

## ORDER

The report and recommendation of the magistrate judge [62] is accepted. Defendant's motion [44] is granted.

Date: 5/24/2018

ENTER:

_____
FREDERICK J. KAPALA

District Judge